# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Charles C.,

        Plaintiff,

v.

Andrew Saul,
Commissioner of Social Security,

        Defendant.

Civil No. 18-cv-3219 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;
2. Plaintiff's Motion for Summary Judgment (ECF No. 11) be **DENIED**; and
3. Defendant's Motion for Summary Judgment (ECF No. 16) be **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1/15/2020

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge